# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE:  SAN FRANCISCO

**CR 05   00395**

FILED
05 JUN 23  PM 3: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

UNITED STATES OF AMERICA,

V.

YOUNG JOON YANG,
aka Yang; et al.

MMC

DEFENDANT.

# INDICTMENT

See Attachment.

A true bill.

_____
Foreman

Filed in open court this ___23___ day of
___June, 2005___.

**Brenda Tolbert**
Clerk

Bail, $ _____

MARIA-ELENA JAMES

**Attachment**

## U.S. v YOUNG JOON YANG, aka Yang; et al.

VIOLATIONS:

 U.S.C. § 1324 (a)(1)(A)(v)(I) - Harboring Conspiracy;
18 U.S.C. §§ 1591(a)(1) and (2) - Sex Trafficking; 18 U.S.C. § 1956(h) - Money Laundering
Conspiracy;
18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 2421 - Mann Act;
18 U.S.C. § 1952 - Use of Facility in Aid of Unlawful Activity;
18 U.S.C.  § 2 - Aiding and Abetting

AO 257 (Rev. 6/78)    Case 3:07-cr-00395-JSW    Document 2    Filed 06/22/2007    Page 3 of 49

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

### OFFENSE CHARGED
Ct 1: 8 U.S.C. § 1324 (a)(1)(A)(v)(I) (Harboring Conspiracy); Ct 2-3: 18 U.S.C. § 1591(a)(1) and (2) (Sex Trafficking); Ct 4: 18 U.S.C. § 1956(h) (Money Laundering Conspiracy); Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Ct 1: 10 years imprisonment; $250,000 fine: Ct 2-3: any terms of years to life imprisonment; $250,000 fine: Ct 4: 20 years imprisonment $500,000/2x value; Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

**DEFENDANT**
Yang, Young

05 JUN 23 PM 3: 11

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 00395 JSW

### PROCEEDING
**Name of Complainant Agency, or Person (&Title, if any)**
FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense
}
**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}
**MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Peter B. Axelrod

### DEFENDANT
**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
}
☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No
If "Yes" give date filed ___
Month/Day/Year

**DATE OF ARREST** ___
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ___
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: ___
Before Judge: ___

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

**OFFENSE CHARGED**

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) (Harboring Conspiracy);

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

Ct 1: 10 years imprisonment; $250,000 fine;

DEFENDANT - U.S.

05 JUN 23 PM 3:11

Wai-Wah Sang
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 05 00395 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST**
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**
Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

---

**OFFENSE CHARGED**

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) (Harboring Conspiracy); Ct 2-3: 18 U.S.C. §§ 1591(a)(1) and (2) (Sex Trafficking);

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

**PENALTY:**

Ct 1: 10 years imprisonment; $250,000 fine; Ct 2-3: any terms of years to life imprisonment; $250,000 fine;

**DEFENDANT - U.S.**

05 JUN 23 PM 3: 11

Kim, Sung Young

**COURT NUMBER**

CR 05 00395

JSW

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*
05 JUN 23 PH 3: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 4: 18 U.S.C. § 1956(h) (Money Laundering Conspiracy);

☐ Petty
☐ Minor
☐ Misde-

PENALTY:
Ct 4: 20 years imprisonment $500,000/2x value;

**DEFENDANT** —

▶ Yoon, Hang Joe

DISTRICT COURT NUMBER

**CR 05 00395 JSW**

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Peter B. Axelrod

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes" give date filed ___ Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not
Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 4: 18 U.S.C. § 1956 (h) (Money Laundering Conspiracy)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 4: 20 years imprisonment; $500,000/ 2x value

**FILED**

JUN 23 PM 3: 11

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

### DEFENDANT - U.S.

▶ Anh, Myong Su

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶
Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

*FILED*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*JAN 23 PM 3:11*

---

### OFFENSE CHARGED

Ct 4: 18 U.S.C. § 1956(h) (Money Laundering Conspiracy)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 4: 20 years imprisonment $500,000/2x value

---

### DEFENDANT - U.S.

▶ Lee, Nam Young

DISTRICT COURT NUMBER

# CR 05 00395

JSW

---

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges }   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not

Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324 (a)(1)(A)(v)(I) Harboring
Conspiracy;

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ ~~Felony~~

─ DEFENDANT - U.S. ─

**PENALTY:**
Ct 1: 10 years imprisonment; $250,000 fine

**DISTRICT COURT NUMBER**

CR 05 00395 JSW

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

**Name and Office of Person
Furnishing Information on
THIS FORM**   KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y
(if assigned)**   Peter B. Axelrod

─ DEFENDANT ─

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No     give date
                         filed

**DATE OF
ARREST**                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**       Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
                                       or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

*FILED*
*'07 MAY 23 PM 3: 11*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NO. DIST. OF CALIFORNIA*

## OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324 (a)(1)(A)(v)(I)  Harboring Conspiracy;

☐ Petty
☐ ~~Minor~~
☒ Felony

PENALTY:
Ct 1: 10 years imprisonment; $250,000 fine

### DEFENDANT - U.S.

Trong Du Nguyen, aka, John

DISTRICT COURT NUMBER

**CR  05  00395 JSW**

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense      } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**KEVIN V. RYAN**

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ➤

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed — Month/Day/Year

**DATE OF ARREST** ➤        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ➤        Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:  No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: | ☐ COMPLAINT | ☐ INFORMATION | ☒ INDICTMENT |
| | | | ☐ SUPERSEDING |

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) (Harboring Conspiracy);

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 1: 10 years imprisonment; $25~~0~~ ~~,000~~

SEAL

## DEFENDANT - U.S.

▶ Nashashibi, Ahdi

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

F.B.I. / I.C.E

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

## DEFENDANT

### IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed

Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶

Month/Day/Year

Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
     ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

FILED
NORTHERN DISTRICT OF CALIFORNIA

05 JUN 23 PM 3:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde- meanor
☒ Felony

PENALTY:

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

DISTRICT COURT NUMBER

CR 05 00395

JSW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

Ct 5: 5 years imprisment; $250,000 fine; Ct 6: 5 years imprisment; $250,000 fine

05 JUN 23 PM 3: 11

CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ Bang, Min Young

DISTRICT COURT NUMBER

CR 05 00395

JSW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

Month/Day/Year

DATE OF ARREST ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:  No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ Kim, In Seung

DISTRICT COURT NUMBER

CR 05 00395 JSW

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense    SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Peter B. Axelrod

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

05 JUN 23 PM 3: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor/Misde meanor
☒ Felony

**DEFENDANT - U.S.**

▶ Kim, Seyun

**DISTRICT COURT NUMBER**

CR 05 00395 JSW

**PENALTY:**

Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which was dismissed on motion of:

   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

Peter B. Axelrod

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

### OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☐ Felony

PENALTY:
Ct 5: 5 years imprisment; $250,~~000~~ ~~fine, Ct 6:~~ 5 years imprisment; $250,000 fine

**DEFENDANT - U.S. vs.**

05 JUN 23 PM 3: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ Li, Eugene

DISTRICT COURT NUMBER

**CR 05 00395 JSW**

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Peter B. Axelrod

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

Ct 5: 18 U.S.C. § 371 (Mann Act Conspiracy); Ct 6: 18 U.S.C. §371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

**PENALTY:**
Ct 5: 5 years imprisonment; $250,000 fine; Ct 6: 5 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

05 JUN 23 PM 3: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ Youn, Chang Soo

**DISTRICT COURT NUMBER**

CR 05 00395 JSW

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

Peter B. Axelrod

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Ct 6: 5 years imprisonment; $250,000 fine

---

**DEFENDANT - U.S.**

05 JUN 23 PM 3: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Yang, Mo Soon

FILED

DISTRICT COURT NUMBER

# CR 05 00395 JSW

---

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☒ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Peter B. Axelrod

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Fed'l   ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST**
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**
Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

---

### OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

SEAL

**PENALTY:**

Ct 6: 5 years imprisonment; $250,000 fine

---

DEFENDANT - U.S.

05 JUN 23 PM 3: 12

▶ Lee, Keun Suh

RICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT COURT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 05 00395 JSW

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Peter B. Axelrod

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   If "Yes" give date filed   Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not   Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Ct 6: 5 years imprisonment; $250,000 ~~fine~~

FILED

**DEFENDANT - U.S.**
05 JUN 23 PM 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ Chang, Myung Ja

DISTRICT COURT NUMBER

CR 05 00735 JSW

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM      KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)      Peter B. Axelrod

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ___

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) ___

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution ___

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed ___
Month/Day/Year

**DATE OF ARREST** ▶ ___
Or... if Arresting Agency & Warrant were not
Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ ___
Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: ___
Before Judge: ___

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Ct 6: 5 years imprisment; $250,000 fine

▶ **DEFENDANT - U.S.**

Yoo, Won Seok

05 JUN 23 PM 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**

CR 05 00395 SW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
   ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not
Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

05 JUN 23 PM 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 f

### DEFENDANT - U.S.

▶ Lee, Jimmy Gong Yan

DISTRICT COURT NUMBER

CR 05 00395

JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM          KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)          Peter B. Axelrod

## DEFENDANT

IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges          ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No     If "Yes" give date filed

Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:  NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance     *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
                                      ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

---

### OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde~~meanor~~
☐ ~~Felony~~

**PENALTY:**
Ct 6: 5 years imprisonment; $250,000 fine

---

DEFENDANT - U.S.

05 JUN 23  PM 3: 12

▶ Kim, Aespung  RICHARD W. WIEKING
                CLERK, U.S. DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**

CR  05  00395  JSW

---

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y    ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

{ SHOW DOCKET NO.

{ MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**    KEVIN V. RYAN

☒ U.S. Att'y    ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    Peter B. Axelrod

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes    ☐ No    } If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount:  NO BAIL

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Ct 6: 5 years imprisonment; $250,000 fine

**DEFENDANT - U.S.**

*FILED*
05 JUN 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ Park, Hyeoh Jae

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}  SHOW DOCKET NO.

}  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Peter B. Axelrod

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ___ Month/Day/Year

**DATE OF ARREST** ▶ ___ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ ___ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: | ☐ COMPLAINT | ☐ INFORMATION | ☒ INDICTMENT |
|---|---|---|---|
| | | | ☐ SUPERSEDING |

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $2~~~~~~~~~~~~~~~

OF DEFENDANT - U.S.

NOV 23 PM 3: 12

RICHARD W. WIEKING
Lau Anthony G. CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**

KEVIN V. RYAN

☒ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

Peter B. Axelrod

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges        ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

| Has detainer been filed? | ☐ Yes | If "Yes" give date filed |
|---|---|---|
| | ☐ No | |

**DATE OF ARREST**        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**        Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT        Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance        *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

┌─────────────────────────────────────────┐
│ **OFFENSE CHARGED**                        │
│ Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility │
│ in Aid of Unlawful Activity)    ☐ Petty    │
│                                 ☐ Minor    │
│                                 ☐ Misde-   │
│                                   meanor   │
│ PENALTY:                        ☒ Felony   │
│ Ct 6: 5 years imprisonment, $250,000 fine  │
└─────────────────────────────────────────┘

**DEFENDANT** 05 JUN 23 PM 3: 12

RICHARD W. WIEKING
Reeder Sim, McYoung
NORTHERN DISTRICT COURT
DISTRICT COURT NUMBER CALIFORNIA

# CR  05  00395 JSW

┌─────────────────────────────────────────┐
│ **PROCEEDING**                             │
│ Name of Complainant Agency, or Person (&Title, if any) │
│ FBI / ICE                                  │
│ ☐ person is awaiting trial in another Federal or State │
│   Court, give name of court               │
│ ☐ this person/proceeding is transferred from another │
│   district per (circle one) FRCrP 20, 21 or 40.  Show │
│   District                                 │
│ ☐ this is a reprosecution of charges     │
│   previously dismissed which were   SHOW │
│   dismissed on motion of:          DOCKET NO. │
│     ☐ U.S. Att'y  ☐ Defense              │
│ ☒ this prosecution relates to a          │
│   pending case involving this same       │
│   defendant                  MAGISTRATE   │
│ ☐ prior proceedings or appearance(s)   CASE NO. │
│   before U.S. Magistrate regarding       │
│   this defendant were recorded under     │
└─────────────────────────────────────────┘

Name and Office of Person
Furnishing Information on      KEVIN V. RYAN
THIS FORM
                    ☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)           Peter B. Axelrod

┌─────────────────────────────────────────┐
│ **DEFENDANT**                              │
│   **IS *NOT* IN CUSTODY**                  │
│ 1) ☒ Has not been arrested, pending outcome this proceeding. │
│      If not detained give date any prior summons │
│      was served on above charges          │
│ 2) ☐ Is a Fugitive                        │
│ 3) ☐ Is on Bail or Release from (show District) │
│                                            │
│   **IS IN CUSTODY**                        │
│ 4) ☐ On this charge                       │
│ 5) ☐ On another conviction                │
│ 6) ☐ Awaiting trial on other  } ☐ Fed'l  ☐ State │
│      charges                               │
│      If answer to (6) is "Yes", show name of institution │
│                                            │
│ Has detainer    ☐ Yes } If "Yes"          │
│ been filed?     ☐ No    give date         │
│                          filed            │
│ **DATE OF**              Month/Day/Year    │
│ **ARREST**                                 │
│       Or... if Arresting Agency & Warrant were not │
│ **DATE TRANSFERRED**     Month/Day/Year    │
│ **TO U.S. CUSTODY**                        │
│                                            │
│ ☐ This report amends AO 257 previously submitted │
└─────────────────────────────────────────┘

┌─────────────────────────────────────────┐
│ **ADDITIONAL INFORMATION OR COMMENTS**    │
│ PROCESS:                                   │
│ ☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL │
│   If Summons, complete following:          │
│     ☐ Arraignment  ☐ Initial Appearance  *Where defendant previously apprehended on complaint, no new summons │
│   Defendant Address:                        or warrant needed, since Magistrate has scheduled arraignment │
│                                            │
│                          Date/Time:        │
│                        Before Judge:       │
│ Comments:                                  │
└─────────────────────────────────────────┘

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

---

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment, $250,000 fine

---

**DEFENDANT**

FILED

05 JUN 23 PM 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

► Yi, Kum-bae

DISTRICT COURT NUMBER

# CR 05 00395 JSW

---

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

---

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ►

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ►

Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

DEFENDANT - U.S.
05 JUN 23 PM 3: 12

► Lee, Harvey
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 05 00395 JSW

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ► _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Ct 6: 5 years imprisonment; $250,000 fine

DEFENDANT - U.S.
05 JUN 23 PM 3: 12

▶ Kim, Hye Chul

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

## CR 05 00395 JSW

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Peter B. Axelrod

## DEFENDANT

**IS _NOT_ IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
  ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

FILED

### OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:

Ct 6: 5 years imprisonment; $250,000 fine

DEFENDANT - U.S.

05 JUN 23 PM 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.

DISTRICT COURT NUMBER

CR 05 00395 JSW

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**KEVIN V. RYAN**

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Peter B. Axelrod

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No

If "Yes" give date filed

Month/Day/Year

DATE OF ARREST

Or... if Arresting Agency & Warrant were not

Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

Ct 6: 18 U.S.C. § 371 (Conspiracy to Use Facility in Aid of Unlawful Activity)

☐ Petty
☐ Minor
☐ Misde- meanor
☐ Felony

**PENALTY:**

Ct 6: 5 years imprisonment; $250,000 fine

05 JUN 23  PM 3: 12

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

Pang, Yod Subin

**DISTRICT COURT NUMBER**

CR  05  00395  JSW

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI / ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

Peter B. Axelrod

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2

3

4

5

6   

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,        **CR 05   00395 JSW**

                 Plaintiff,
14                                     ) VIOLATIONS: 8 U.S.C. § 1324
15            v.                       ) (a)(1)(A)(v)(I) - Harboring Conspiracy;
                                       ) 18 U.S.C. §§ 1591(a)(1) and (2) - Sex
16   YOUNG JOON YANG, aka Yang,        ) Trafficking; 18 U.S.C. § 1956(h) - Money
     WU SANG NAH, aka Kang             ) Laundering Conspiracy;
17   SUNG YONG KIM, aka Nam, aka Mr. Kim,) 18 U.S.C. § 371 - Conspiracy;
     HANG JOE YOON, aka Mr. Lee,       ) 18 U.S.C. § 2421 - Mann Act;
18   MYONG SU AHN, aka Paula Lee,      ) 18 U.S.C. § 1952 - Use of Facility in Aid of
     NAM YOUNG LEE,                    ) Unlawful Activity; 18 U.S.C. § 2 - Aiding
19   FRED A. FRAZIER,                  ) and Abetting
     TRONG DU NGUYEN, aka John         )
20   AHDI M. NASHASHIBI,               )
     YOUNG JOO LEE,                    ) SAN FRANCISCO VENUE
21   MIN YOUNG BANG,                   )
     IN SEUNG KIM,                     )
22   SEYUN KIM,                        )
     EUGENE YI,                        )
23   CHANG SOO YOUN,                   )
     MO SOOK YANG,                     )
24   KEUN SUNG LEE, aka Kenneth,       )
     MYUNG JIN CHANG,                  )
25   WON SEOK YOO,                     )
     JIMMY GONG YAN LEE,               )
26   AESUN KIM, aka Mami,              )
     HYEON J. PARK,                    )
27   ANTHONY GAR LAU,                  )
     MI YOUNG SIM, aka Jackie,         )
28   KUM PAE YI,                       )
     HAN LEE,                          )
     HYE CHA KIM, aka Kelly,           )
     JIN AH KANG,                      )
     YON SUK PANG, aka Nana,           )
                                       )
                 Defendants.           )
                                       )

FILED
05 JUN 23 PM 3: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (8 U.S.C. § 1324(a)(1)(A)(v)(I) – Conspiracy to Bring in and Harbor Aliens)

## OBJECT OF THE CONSPIRACY

1. Between in or about September 2001, and continuing to on or about October 13, 2004, in San Francisco, California, within the Northern District of California, and elsewhere, defendants

**YOUNG JOON YANG,**
aka Yang,
**WU SANG NAH**
aka Kang,
**SUNG YONG KIM**
aka Nam, aka Mr. Kim,
**FRED A. FRAZIER,**
**TRONG DU NGUYEN,**
aka John, and
**AHDI NASHASHIBI,**

and others known and unknown to the Grand Jury, conspired to knowingly transport, move, conceal, harbor, and shield from detection illegal aliens, in various places, including Kings Massage, located at 315 Jessie Street, San Francisco, California (hereinafter "Kings Massage"), from immigration and law enforcement authorities, for the purpose of commercial advantage and their personal financial gain.

## MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was accomplished as follows:

2. Co-conspirators, including **WU SANG NAH**, and others known and unknown to the Grand Jury, in South Korea and Canada recruited and enticed female Korean nationals to illegally enter the United States from South Korea and Canada to work as prostitutes in the United States.

3. Co-conspirators in South Korea and Canada, including **WU SANG NAH**, and others known and unknown to the Grand Jury, made arrangements with co-conspirators in the United States, including **SUNG YONG KIM,** and others known and unknown to the Grand Jury, to smuggle the female Korean nationals into the United States via Canada for the purpose of having

2

them work as prostitutes in and around San Francisco, including, but not limited to Kings Massage, and for private financial gain.

4. Co-conspirators, including **WU SANG NAH, SUNG YONG KIM**, and others known and unknown to the Grand Jury, unlawfully smuggled the female Korean nationals across the United States-Canadian border, to facilitate their prostitution, and for private financial gain.

5. Co-conspirators, including **WU SANG NAH, SUNG YONG KIM, YOUNG JOON YANG**, and others known and unknown to the Grand Jury, transported, and arranged for others to transport, the female Korean nationals, with knowledge that the female Korean aliens were unlawfully in the United States, to brothels in San Francisco, California, including Kings Massage, where co-conspirators put the female Korean nationals to work as prostitutes, and for commercial advantage and personal financial gain.

6. At Kings Massage, the female Korean nationals were directed to sit before prostitution customers and others, while co-conspirators encouraged the customers to select one of the female Korean nationals for sex acts, and then collected money from the customers, who would pay to engage in sex acts with the female Korean nationals in one of the private rooms at Kings Massage.

7. Co-conspirators, including **FRED S. FRAZIER, TRONG DU NGUYEN, AHDI NASHASHIBI**, and others known and unknown to the grand jury, harbored some of the female Korean nationals at Kings Massage and supported and maintained these female Korean nationals by providing them with room and board, to facilitate their prostitution, and for commercial advantage and private financial gain.

8. Other co-conspirators, including **YOUNG JOON YANG**, and others known and unknown to the Grand Jury, transported these female Korean nationals to massage parlors, and other locations in the San Francisco, California area, to facilitate their prostitution, and for commercial advantage and private financial gain.

OVERT ACTS

9. In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants **YOUNG JOON YANG, WU SANG NAH, SUNG YONG KIM, FRED A.**

3

FRAZIER, TRONG DU NGUYEN, AHDI M. NASHASHIBI, and others known and
unknown to the Grand Jury, committed various overt acts within the Northern District of
California and elsewhere, including, but not limited to, the following:

10.   In or about May 2004, defendant WU SANG NAH, SUNG YONG KIM, and other
co-conspirators known and unknown to the Grand Jury, made arrangements for two female
Korean nationals to be smuggled across the Canadian-United States border illegally, and for their
personal financial gain.

11.   In or about May 2004, after being smuggled across the border by defendant WU
SANG NAH, and others known and unknown to the Grand Jury, the two female Korean
nationals made their way to Virginia, and contacted defendant WU SANG NAH who committed
to providing them with transportation from Virginia.

12.   In or about May 2004, defendant WU SANG NAH contacted defendant SUNG
YONG KIM  and arranged transportation for the two female Korean nationals from Virginia to
San Francisco, via Los Angeles, California.

13   In or about May 2004, defendant SUNG YONG KIM arranged for the two female
Korean nationals to be delivered to Los Angeles, California.

14.   In or about May 2004, defendant SUNG YONG KIM  drove the two female Korean
nationals from Los Angeles to Kings Massage, where co-conspirators at Kings Massage paid
defendant SUNG YONG KIM  a trafficking fee for the two female Korean nationals.

15.   Between in or about May 2004 and on or about August 12, 2004, co-conspirators at
Kings Massage directed the two female Korean nationals to work as prostitutes until their
trafficking debts were paid in full.  During that time period, co-conspirators collected and
maintained control over the prostitution proceeds until their debts were paid in full.

16.   Between in or about May 2004 and on or about August 12, 2004, co-conspirators
received prostitution customers at Kings Massage, allowed the customers to select one of the two
female Korean nationals who were being harbored at Kings Massage for sexual activity, and
collected money from the customers, who would pay to engage in sexual activities with the two
female Korean nationals.

4

17.   Between in or about May 2004 and on or about August 12, 2004, defendant **FRED A. FRAZIER** was the registered owner of Kings Massage, wrote checks on behalf of the business operations, and received monthly payments from the co-owners of Kings Massage, for his own private financial gain, knowing that Kings Massage operated as a brothel and that female Korean nationals working at Kings Massage were in the United States unlawfully.

18.   Between in or about May 2004 and on or about August 12, 2004, defendant **AHDI M. NASHASHIBI** owned the building located at 315 Jessie Street, San Francisco, that housed Kings Massage, and received rent from the co-owners of Kings Massage, for his own private financial gain, knowing that Kings Massage was operating as a brothel, and with knowledge that the female Korean nationals working at Kings Massage were in the United States unlawfully.

19.   Between in or about May 2004 and on or about August 12, 2004, defendant **TRONG DU NGUYEN** kept the books, wrote checks on behalf of Kings Massage, and received payments from the co-owners of Kings Massage for his own personal financial gain, knowing that Kings Massage was operating as a brothel, and that the female Korean nationals working there were in the United States unlawfully.

20.   Between in or about May 2004 and on or about August 12, 2004, **YOUNG JOON YANG** transported the female Korean nationals working at Kings Massage in and around San Francisco, and received compensation for his own private financial gain, knowing that the female Korean nationals working at Kings Massage were in the United States unlawfully.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).


COUNT TWO: (18 U.S.C. §§ 1591(a)(1) and (2) – Sex Trafficking; 18 U.S.C. § 2 – Aiding and Abetting)

21.   Between in or about May 2004 and on or about August 12, 2004, within the Northern District of California and elsewhere, the defendants

**YOUNG JOON YANG**
aka Yang, and
**SUNG YONG KIM ,**
aka Nam, aka Mr. Kim

together with others known and unknown to the Grand Jury, did knowingly recruit, entice,

5

1   harbor, transport, provide and obtain by any means a person, Jane Doe 1, in and affecting

2   interstate and foreign commerce, and did benefit financially and by receiving a thing of value

3   from participation in a venture engaged in such acts, knowing that force, fraud, or coercion

4   would be used to cause such person to engage in a commercial sex act, in violation of Title 18

5   United States Code Sections 1591(a)(1) and (2), and Title 18 United States Code Section 2.

6

7   COUNT THREE: (18 U.S.C. §§ 1591(a)(1) and (2) – Sex Trafficking; 18 U.S.C. § 2 – Aiding
    and Abetting)

8

9       22.  Between in or about May 2004 and on or about August 12, 2004, within the

10  Northern District of California and elsewhere, the defendants

11                         **YOUNG JOON YANG**
                               aka Yang and
                          **SUNG YONG KIM** ,
12                         aka Nam, aka Mr. Kim

13  together with others known and unknown to the Grand Jury, did knowingly recruit, entice,

14  harbor, transport, provide and obtain by any means a person, Jane Doe 2, in and affecting

15  interstate and foreign commerce, and did benefit financially and by receiving a thing of value

16  from participation in a venture engaged in such acts, knowing that force, fraud or coercion would

17  be used to cause such person to engage in a commercial sex act, in violation of Title 18 United

18  States Code Sections 1591(a)(1) and (2), and Title 18 United States Code Section 2.

19

20  COUNT FOUR: (18 U.S.C. § 1956(h) – Money Laundering Conspiracy)

21                      OBJECT OF THE CONSPIRACY

22      23.  Between in or about September 2001 and on or about October 13, 2004, in the

23  Northern District of California, and elsewhere, the defendants,

24                         **YOUNG JOON YANG,**
                               aka Yang,
25                         **HANG JOE YOON,**
                              aka Mr. Lee,
26                         **MYONG SU AHN,**
                            aka Paula Lee, and
27                         **NAM YOUNG LEE,**

28  and others known and unknown to the Grand Jury, conspired with each other to transport,

6

transmit and transfer, and to attempt to transport, transmit and transfer, a monetary instrument and funds from a place in the United States, knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, to and through a place outside the United States, namely, Korea, knowing that such transportation, transmission and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activities, to wit: alien harboring in violation of 8 U.S.C. § 1324, and interstate transportation for prostitution in violation of 18 U.S.C. § 2421, both for the purpose of financial gain, as set forth in 18 U.S.C. § 1961(1)(F).

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspiracy was carried out included the following:

24. Between in or about September 2001 and on or about October 13, 2004, the defendants and others, known and unknown to the Grand Jury, engaged in specified unlawful activity, to wit: alien harboring in violation of 8 U.S.C. § 1324, and interstate transportation for prostitution in violation of 18 U.S.C. § 2421, both for the purpose of financial gain, as set forth in 18 U.S.C. § 1961(1)(F);

25. In order to conceal and disguise the proceeds of their own and others' unlawful activities, the defendants used and employed various individuals to transport, transmit, and transfer these proceeds from the United States to Korea.

All in violation of Title 18 United States Code Section 1956(h).

COUNT FIVE: (18 U.S.C. § 371 – Mann Act Conspiracy)

### OBJECT OF THE CONSPIRACY

26. Beginning at a date unknown, but no later than on or about February 22, 2005, and continuing to on or about June 23, 2005, in San Francisco County, within the Northern District of California, and elsewhere, defendants

**YOUNG JOON YANG,**
aka Yang,

7

> **YOUNG JOO LEE,**
> **MIN YOUNG BANG,**
> **IN SEUNG KIM,**
> **SEYUN KIM,**
> **EUGENE YI,** and
> **CHANG SOO YOUN,**

and others known and unknown to the Grand Jury, conspired to knowingly transport female Korean nationals in interstate and foreign commerce, by purchasing plane tickets to and from destinations within and outside the state of California, and by transporting female Korean nationals to and from brothels in San Francisco, California, with the intent that the female Korean nationals would engage in prostitution and in sexual activities for which a person could be charged with a criminal offense, in violation of Title 18 United States Code Section 2421.

## MANNER AND MEANS OF THE CONSPIRACY

27.  Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** owned and operated an underground taxi service known as Yang's Taxi, located in San Francisco, California.

28.  Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** owned and operated YJY Travel and Tour located at 3001 Geary Street, #204, San Francisco, California.

29.  Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** employed various drivers and assistants, including **YOUNG JOO LEE, MIN YOUNG BANG, IN SEUNG KIM, SEYUN KIM, EUGENE YI, CHANG SOO YOUN**, and others known and unknown to the Grand Jury, to serve Yang's Taxi and YJY Travel and Tour businesses.

30.  Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG JOON YANG** and his employees used YJY Travel and Tour to purchase airline tickets for interstate domestic travel for prostitutes working at various brothels in San Francisco, California.

31.  Between no later than on or about February 22, 2005 and June 23, 2005, Yang's Taxi was in the business of transporting prostitutes to and from airports, for the purpose of interstate travel, and to and from brothels in San Francisco, California, where those prostitutes

8

1 would engage in acts of prostitution.

2       32. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG**

3 **JOON YANG** and his employees utilized two cellular telephones to conduct business for Yang's

4 Taxi and YJY Travel and Tour at their "base" of operations located at 3001 Geary Street, #204,

5 San Francisco, California.

6       33. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG**

7 **JOON YANG** and his employees took turns staffing the base of operations and one of the two

8 cellular telephones to conduct business for Yang's Taxi and YJY Travel and Tour.

9       34. Between no later than on or about February 22, 2005 and June 23, 2005, **YOUNG**

10 **JOON YANG** and his employees, based on phone calls received from prostitutes, assigned

11 drivers employed by Yang's Taxi to pick up and drop off prostitutes at brothels, airports, and

12 other locations in and around San Francisco, California.

13 OVERT ACTS

14       35. In furtherance of the conspiracy and to accomplish the object of the conspiracy,

15 defendants **YOUNG JOON YANG,** aka Yang, **YOUNG JOO LEE, MIN YOUNG BANG, IN**

16 **SEUNG KIM, SEYUN KIM, EUGENE YI,** and **CHANG SOO YOUN,** and others known

17 and unknown to the Grand Jury, committed various overt acts within the Northern District of

18 California and elsewhere, including, but not limited to, the following:

19       36. On or about March 3, 2005, **YOUNG JOO LEE** spoke with a Korean-speaking

20 female (KSF 1) and discussed transportation to Lee's Oriental Massage, a brothel in San

21 Francisco, California.

22       37. On or about March 8, 2005, **YOUNG JOON YANG** spoke with KSF 1 and

23 discussed transportation from San Francisco International Airport.

24       38. On or about March 8, 2005, **YOUNG JOO LEE** spoke with KSF 1 who advised that

25 she was returning to California from a trip to Las Vegas, Nevada.

26       39. On or about March 8, 2005, **YOUNG JOO LEE** drove to San Francisco

27 International Airport in a white Lexus, retrieved KSF 1 and dropped her off at 1730 O'Farrell

28 Street, San Francisco.

9

40. On or about March 12, 2005, **YOUNG JOON YANG** spoke with KSF 1, who requested transportation to San Francisco International Airport.

41. On or about March 12, 2005, KSF 1 was picked up at 1730 O'Farrell Street in a car rented by **YOUNG JOON YANG** and **IN SEUNG KIM** and driven to San Francisco International Airport for a flight to New York.

42. On or about March 15, 2005, **YOUNG JOO LEE** spoke with KSF 1 who requested transportation from San Francisco International Airport.

43. On or about March 23, 2005, **YOUNG JOO LEE** spoke with KFS 1 who requested a pickup at Lee's Oriental Massage, a brothel in San Francisco, California.

44. On or about March 13, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female (KSF 2) who requested that he purchase a plane ticket for her to travel from Oakland, California, to Las Vegas, Nevada, on March 15, 2005.

45. On or about March 13, 2005, **YOUNG JOON YANG** purchased a plane ticket for KSF 2 to travel from Oakland, California, to Las Vegas, Nevada.

46. On or about March 15, 2005, **YOUNG JOO LEE** spoke with KSF 2 who advised that she was traveling to Las Vegas, Nevada, and requested transportation to the airport.

47. On or about March 15, 2005, **YOUNG JOON YANG** picked up KSF 2 at 1550 Eddy Street in San Francisco and drove her to Oakland International Airport.

48. On or about March 30, 2005, **YOUNG JOON YANG** called KSF 2 and asked that she to come work at Geneva Oriental Spa, a brothel in San Francisco.

49. On or about April 9, 2005, **YOUNG JOON YANG** spoke with KSF 2 and discussed her employment as a prostitute in San Francisco.

50. On or about March 17, 2005, **YOUNG JOON YANG** spoke with an associate and discussed KSF 3 who was flying from Dallas to San Francisco, and needed transportation from San Francisco International Airport.

51. On or about March 17, 2005, KSF 3 was picked up at San Francisco International Airport in a vehicle rented under the names **YOUNG JOON YANG** and **IN SEUNG KIM**, and driven to Suk Hee Oriental Massage and Sauna, a brothel in San Francisco.

52. On or about April 12, 2005, **YOUNG JOON YANG** spoke to a Korean-speaking female KSF 4 and discussed the purchase of a plane ticket to Las Vegas, Nevada.

53. On or about April 12, 2005, **YOUNG JOON YANG** purchased a plane ticket for KSF 4 to travel from Oakland, California, to Las Vegas, Nevada.

54. On or about April 12, 2005, **YOUNG JOON YANG** called KSF 4 and told her to "come down."

55. On or about April 12, 2005, KSF 4 was driven to the airport in a vehicle owned by and registered to **YOUNG JOON YANG**.

56. On or about April 15, 2005, **YOUNG JOO LEE** and KSF 4 discussed the purchase of a plane ticket from Las Vegas, Nevada, to Oakland, California.

57. On or about April 15, 2005, **YOUNG JOON YANG** purchased a plane ticket for KSF 4 to travel from Las Vegas, Nevada, to Oakland, California.

58. On or about April 18, 2005, **YOUNG JOO LEE** spoke with a KSF 4 and she requested transportation from Lucky Spa, a brothel in San Francisco.

59. On or about May 20, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female and discussed the purchase of plane tickets for KSF 5 and KSF 6 to travel from San Francisco to Boston. During that conversation, **YOUNG JOON YANG** asked KSF 4 whether she still worked at "Eighth Street."

60. On or about May 20, 2005, **YOUNG JOON YANG** purchased plane tickets for KSF 4 and KSF 5 to travel from San Francisco to Boston, Massachusetts.

61. On or about May 21, 2005, **YOUNG JOON YANG** called KSF 5 and told her to come outside because his driver was ready for her pickup.

62. On or about May 29, 2005, **YOUNG JOO LEE** spoke with KSF 5 who advised that she was coming in on Jet Blue from New York to Oakland.

63. On or about May 30, 2005, **YOUNG JOON YANG** spoke with KSF 5 regarding an airport pickup.

64. On or about May 30, 2005, **YOUNG JOO LEE** picked up KSF 5 and KSF 6 from Oakland International Airport and drove them to 1755 O'Farrell Street.

11

65.  On or about May 30, 2005, **YOUNG JOON YANG** called a KSF 5 and asked her to come work for him at his "store."

66.  On or about May 30, 2005, **YOUNG JOON YANG** spoke with KSF 5 who advised that she planned to work at Suk Hee Oriental Massage and Sauna, a brothel in San Francisco.

67.  On or about June 2, 2005, **YOUNG JOO LEE** spoke with KSF 5 who requested a pick up at "Eighth."

68.  On or about February 22, 2005, **MIN YOUNG BANG** picked up an Asian female at 1600 Post Street and delivered her to Suk Hee Oriental Massage and Sauna, a brothel in San Francisco, California.

69.  On or about April 3, 2005, **MIN YOUNG BANG** spoke with a Korean-speaking female who requested a ride from Palm Tree Massage, a brothel in San Francisco, and thereafter agreed to dispatch a car and driver to Palm Tree Massage.

70.  On or about April 24, 2005, **YOUNG JOON YANG** spoke with **a** Korean-speaking female spoke who requested a taxi at Lucky Spa, a brothel in San Francisco.

71.  On or about April 24, 2005, **YOUNG JOON YANG** called **IN SEUNG KIM,** an employee of Yang's Taxi, and dispatched him to pick up a Korean-speaking female at Lucky Spa, a brothel in San Francisco.

72.  On or about March 3, 2005, **YOUNG JOON YANG** spoke witha Korean-speaking female who requested a taxi at Empire Health Club, a brothel in San Francisco.

73.  On or about March 3, 2005, **YOUNG JOON YANG** called the Korean-speaking female and advised her that he had dispatched a car and driver to Empire Health Club, a brothel in San Francisco.

74.  On or about March 3, 2005, **SEYUN KIM**, an employee of Yang's Taxi, picked up two Korean females from Empire Health Club, a brothel in San Francisco.

75.  On or about April 19, 2005, **EUGENE YI**, an employee of Yang's Taxi, transported an Asian female to Geneva Oriental Spa, a brothel in San Francisco.

76.  On or about April 19, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking female spoke who requested transportation from Suk Hee Oriental Massage and Sauna, a brothel

1 | in San Francisco.

2 |     77.   On or about April 19, 2005, **YOUNG JOON YANG** called **CHANG SOO YOUN**,

3 | an employee of Yang's Taxi, and dispatched him to Suk Hee Oriental Massage and Sauna, a

4 | brothel in San Francisco.

5 |     78.   On or about April 19, 2005, **CHANG SOO YOUN** responded to Suk Hee Oriental

6 | Massage and Sauna to pick up an unidentified Korean-speaking female.

7 |     79.   On or about April 19, 2005, **YOUNG JOON YANG** spoke with a Korean-speaking

8 | female who requested transportation from Lee's Oriental Massage, a brothel in San Francisco.

9 |     80.   On or about April 19, 2005, **YOUNG JOON YANG** called **CHANG SOO YOUN**,

10 | an employee of Yang's Taxi, and dispatched him to Lee's Oriental Massage, a brothel in San

11 | Francisco.

12 |     81.   On or about April 19, 2005, **CHANG SOO YOUN** called **YOUNG JOON YANG**

13 | and confirmed that he responded to Lee's Oriental Massage, a brothel in San Francisco, and

14 | picked up the Korean-speaking female.

15 |     All in violation of Title 18 United States Code Section 2421.

16 |

17 | COUNT SIX : (18 U.S.C. § 371 – Conspiracy to Use Facility in Aid of Unlawful Activity)

                                OBJECT OF THE CONSPIRACY

18 |     82.   Between no later than on or about February 22, 2005, and continuing to on or about

19 | June 23, 2005, in San Francisco County, within the Northern District of California, and

20 | elsewhere, defendants

                            **YOUNG JOON YANG,**
                                 aka Yang,
                            **YOUNG JOO LEE,**
                            **MIN YOUNG BANG,**
                            **IN SEUNG KIM,**
                            **SEYUN KIM,**
                            **EUGENE YI,**
                            **CHANG SOO YOUN,**
                            **MO SOOK YANG,**
                            **KEUN SUNG LEE,**
                              aka Kenneth,
                            **MYUNG JIN CHANG,**
                            **WON SEOK YOO,**
                            **JIMMY GONG YAN LEE,**

1                           **AESUN KIM,**
                              aka Mami,

2                           **HYEON J. PARK,**
                        **ANTHONY GAR LAU,**

3                           **MI YOUNG SIM,**
                            aka Jackie,

4                           **KUM PAE YI,**
                        **HAN LEE,**

5                           **HYE CHA KIM,**
                            aka Kelly,

6                           **JIN AH KANG, and**
                        **YON SUK PANG,**

7                               aka Nana,

8   and others known and unknown to the Grand Jury, conspired to use a facility in interstate

9   commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion,

10  management, establishment, and carrying on, of unlawful activity in violation of Title 18, United

11  States Code Section 1952.

12

13                                <u>MANNER AND MEANS OF THE CONSPIRACY</u>

14          83.  Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG**

15  **JOON YANG** owned and operated Yang's Taxi company.

16          84.  Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG**

17  **JOON YANG** employed various drivers and assistants, including **MIN YOUNG BANG, IN**

18  **SEUNG KIM, SEYUN KIM, YOUNG JOO LEE, EUGENE YI, CHANG SOO YOUN,** as

19  well as others known and unknown to the Grand Jury.

20          85.  Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG**

21  **JOON YANG** associated with various business partners, in San Francisco, California, and

22  elsewhere, including, **MO SOOK YANG, KEUN SUNG LEE, WON SEOK YOO, MYUNG**

23  **JIN CHANG**, as well as others known and unknown to the Grand Jury.

24          86.  Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG**

25  **JOON YANG** provided services for various brothels owners and managers throughout San

26  Francisco, California, and elsewhere, including **JIMMY GONG YAN LEE, AESUN KIM,**

27  **HYEON J. PARK, ANTHONY GAR LAU, MI YOUNG SIM, KUM PAE YI, YON SUK**

28  **PANG, HAN LEE, JIN AH KANG, HYE CHA KIM**, as well as others known and unknown

1    to the Grand Jury.

2       87.  Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG**

3    **JOON YANG** utilized two cellular telephones to communicate with his drivers, assistants,

4    business associates, and numerous brothels owners and managers, and other persons known and

5    unknown to the Grand Jury, throughout San Francisco, California, and elsewhere.

6       88.  Between no later than February 22, 2005, and on or about June 23, 2005, **YOUNG**

7    **JOON YANG** received telephone calls from, and initiated telephone calls to, his drivers,

8    assistants, business associates, brothel owners and managers, and others known and unknown to

9    the Grand Jury, throughout San Francisco, California, and other states, with the intent to

10   promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or

11   carrying on of prostitution in brothels in San Francisco, California, and elsewhere.

12

13                                   <u>OVERT ACTS</u>

14      89.  In furtherance of the conspiracy and to accomplish the object of the conspiracy,

15   defendants **YOUNG JOON YANG,** aka Yang, **YOUNG JOO LEE, MIN YOUNG BANG, IN**

16   **SEUNG KIM, SEYUN KIM, EUGENE YI, CHANG SOO YOUN, MO SOOK YANG,**

17   **KEUN SUNG LEE,** aka Kenneth, **MYUNG JIN CHANG, WON SEOK YOO, JIMMY**

18   **GONG YAN LEE, AESUN KIM,** aka Mami, **HYEON J. PARK, ANTHONY GAR LAU,**

19   **MI YOUNG SIM,** aka Jackie, **KUM PAE YI, HAN LEE, HYE CHA KIM,** aka Kelly,

20   **JIN AH KANG,** and **YON SUK PANG,** aka Nana, and others known and unknown to the

21   Grand Jury, committed various overt acts within the Northern District of California and

22   elsewhere, including, but not limited to, the following:

23      90.  On or about March 3, 2005, **YOUNG JOO LEE** spoke with KSF 1 who requested

24   transportation to Lee's Oriental Massage, a brothel in San Francisco, California.

25      91.  On or about March 30, 2005, **YOUNG JOON YANG** called KSF 2 and asked that

26   she to come work at Geneva Oriental Spa, a brothel in San Francisco.

27      92.  On or about April 3, 2005, **MIN YOUNG BANG** spoke with a Korean-speaking

28   female who requested a ride from Palm Tree Massage, a brothel in San Francisco, and thereafter

                                        15

1 | agreed to dispatch a car and driver to Palm Tree Massage.

2 |     93. On or about April 24, 2005, **YOUNG JOON YANG** called **IN SEUNG KIM**, an

3 | employee of Yang's Taxi, and dispatched him to pick up a Korean-speaking female at Lucky

4 | Spa, a brothel in San Francisco.

5 |     94. On or about April 5, 2005, **SEYUN KIM**, an employee of Yang's Taxi, called

6 | **YOUNG JOON YANG** and discussed transporting a prostitute to a "ten-day house."

7 |     95. On or about April 2, 2005, **YOUNG JOON YANG** called **EUGENE YI**, an

8 | employee of Yang's Taxi, and discussed the distribution of advertisements for Geneva Oriental

9 | Spa, a brothel in San Francisco.

10 |     96. On or about April 19, 2005, **YOUNG JOON YANG** called **CHANG SOO YOUN,**

11 | an employee of Yang's Taxi, and dispatched him to Suk Hee Oriental Massage and Sauna, a

12 | brothel in San Francisco.

13 |     97. On or about May 20, 2005, **YOUNG JOON YANG** called **MO SOOK YANG**, his

14 | spouse and business partner, and discussed a bank deposit of $96,080, as well as cash payments

15 | made to **AESUN KIM**, an operator of Geneva Oriental Spa, a brothel in San Francisco.

16 |     98. On or about March 29, 2005, **JIMMY GONG YAN LEE**, an operator of Acucare

17 | Oriental Spa, a brothel in Emeryville, called **YOUNG JOON YANG**, and requested that

·18 | **YOUNG JOON YANG** assist in obtaining "pay money buy girls" for Acucare Oriental Spa.

19 |     99. On or about April 1, 2005, **AESUN KIM**, an operator of Geneva Oriental Spa, a

20 | brothel in San Francisco, called **YOUNG JOON YANG** and discussed the distribution of

21 | advertisements and flyers for the grand opening of the brothel.

22 |     100. On or about April 1, 2005, **HYEON J. PARK**, an employee of Geneva Oriental

23 | Spa, called **YOUNG JOON YANG** and discussed advertisements and the importation of

24 | prostitutes for Geneva Oriental Spa.

25 |     101. On or about March 31, 2005, **YOUNG JOON YANG** called **ANTHONY GAR**

26 | **LAU**, the owner and operator of Golden Flower Steam and Sauna Spa, a brothel in San

27 | Francisco, and discussed the purchase of large quantities of materials to be used in sex acts.

28 |     102. On or about April 7, 2005, **YOUNG JOON YANG** called **MI YOUNG SIM**, an

employee of Lee's Oriental Massage, a brothel in San Francisco, and discussed the delivery of
prostitutes to Lee's Oriental Massage.

103. On or about April 11, 2005, **KUM PAE YI**, an employee of Lee's Oriental
Massage, a brothel in San Francisco, spoke with **YOUNG JOO LEE**, an employee of Yang's
Taxi, regarding the delivery of prostitutes to Lee's Oriental Massage.

104. On or about May 18, 2005, **KEUN SUNG LEE**, a business associate of **YOUNG
JOON YANG**, called **YOUNG JOON YANG**, and discussed laundering United States currency
for **YOUNG JOON YANG** and his prostitution-related businesses.

105. On or about April 2, 2005, **YOUNG JOON YANG** called **HYE CHA KIM**, an
employee of Palm Tree Massage, a brothel in San Francisco, and discussed obtaining a Korean
prostitute for Palm Tree Massage.

106. On or about May 26, 2005, **YON SUK PANG**, an employee of Suk Hee Oriental
Massage and Sauna, a brothel in San Francisco, called **YOUNG JOON YANG**, and discussed
obtaining a prostitute for Suk Hee Oriental Massage and Sauna.

107. On or about March 12, 2005, **HAN LEE**, an employee of Lee's Oriental Massage, a
brothel in San Francisco, called Yang's Taxi, spoke with **YOUNG JOON YANG**, and requested
that YOUNG JOON YANG obtain prostitutes to work at Lee's Oriental Massage.

108. On or about June 9, 2005, **JIN AH KANG**, an employee of Palm Tree Massage, a
brothel in San Francisco, called **YOUNG JOON YANG**, and requested delivery of large
quantities of materials to be used in sex acts to Palm Tree Massage.

109. On or about May 19, 2005, **WON SEOK YOO**, a business associate of **YOUNG
JOON YANG**, called **YOUNG JOON YANG**, and discussed the manufacturing and wholesale
distribution of large quantities of materials to be used for the purposes of prostitution.

110. On or about June 9, 2005, **MYUNG JIN CHANG**, a business associate of
**YOUNG JOON YANG**, called **YOUNG JOON YANG**, and discussed the delivery of large
quantities of materials to be used for the purposes of prostitution.

111. On or about April 15, 2005, **YOUNG JOO LEE** spoke with a Korean female and
discussed the purchase of a plane ticket from Las Vegas, Nevada, to Oakland, California.

17

All in violation of Title 18, United States Code Section 371.

DATED:   6/23/05                    A TRUE BILL

                                    _____
                                    FOREPERSON

KEVIN V. RYAN
United States Attorney


EUMI L. CHOI
Chief, Criminal Division

(Approved as to form: _____)
            AUSA PETER B. AXELROD
            ANDREW J. KLINE, Trial Attorney

18