AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
► IMSANG LEE, a/k/a Adrian Lee, a/k/a Linda

DISTRICT COURT NUMBER
CR 07 0735 PJH

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   PETER AXELROD/LAUREL BEELER

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ► Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 NOV 20 AM 10: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0735 PJH

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) VIOLATION: 8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring |
| v. | ) SAN FRANCISCO VENUE |
| IMSANG LEE,<br>a/k/a Adrian Lee,<br>a/k/a Linda, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about June 30, 2005, in the Northern District of California, the defendant,

IMSANG LEE,
a/k/a Adrian Lee,
a/k/a Linda,

knowingly and in reckless disregard of the fact that an alien came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection that alien, Jane Doe 1, in Sun Spa, located at 801 Geary Street, San Francisco, California.

\\
\\
\\
\\

INFORMATION

All in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii).

DATED: July 16, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

(Approved as to form: _____ )
AUSA Axelrod
AUSA Beeler

INFORMATION 2