1  GILBERT EISENBERG (SBN 28900)
   400 Montgomery Street, Second Floor
2  San Francisco, CA 94104
   Facsimile: 415-296-8734
3  Telephone: 415-433-3476

4
   Attorney for Defendant
5  IMSANG LEE

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,        )    No. CR 07-0735 CRB
12                                  )
            Plaintiff,               )
13                                  )    **STIPULATION AND**
        v.                           )    **[PROPOSED] TRAVEL ORDER**
14                                  )
   IMSANG LEE,                       )
15                                  )
            Defendant.               )
16  _____ )

17      IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

18  Assistant U.S. Attorney PETER AXELROD, and counsel for the Defendant, IMSANG LEE,

19  GILBERT EISENBERG, that defendant IMSANG LEE may travel outside the Northern District

20  of California, from December 9, 2007 to December 14, 2007, to Reno, Nevada. The purpose of

21  this travel request is to permit IMSANG LEE to retrain her employment possibilities by

22  attending a Freight broker/agent training course conducted by Transport Training International,

23  #201, 6702 Dalrock Rd., Suite 126 Rowlett, TX 75089, 903-331-0378.

24      This course will be conducted at the Harrah's Reno Hotel, 219 North Center Street, Reno,

25  Nevada. Telephone- 800- 423 1121 which is where Defendant will be staying. At this time there

26  is no Probation Officer assigned to this case nor has a Pretrial Officer been assigned

27      Counsel for Defendant represents that AUSA PETER AXELROD has authorized

28  Counsel to prepare the below signature block indicating Mr. Axelrod's signature.

STIPULATION TO TRAVEL AND [PROPOSED] ORDER
-1-

1

2  Dated this  30th day of  November  , 2007.

3                                         /s/ Peter Axelrod
                                      PETER AXELROD

4                                        Assistant United States Attorney

5  Dated this 30th day of  November, 2007.

6                                        /s/  Gilbert Eisenberg
                                      GILBERT EISENBERG,

7                                        Counsel for IMSANG LEE

8

9      IT IS SO ORDERED.

10      Dated this _____ day of  December, 2007.

11

12                                        CHARLES R. BREYER

13                                        U. S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28