GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
IMSANG LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0735 CRB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **[PROPOSED] TRAVEL ORDER** |
| IMSANG LEE, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney PETER AXELROD, and counsel for the Defendant, IMSANG LEE, GILBERT EISENBERG, that defendant IMSANG LEE may travel outside the Northern District of California, from December 9, 2007 to December 14, 2007, to Reno, Nevada. The purpose of this travel request is to permit IMSANG LEE to retrain her employment possibilities by attending a Freight broker/agent training course conducted by Transport Training International, #201, 6702 Dalrock Rd., Suite 126 Rowlett, TX 75089, 903-331-0378.

   This course will be conducted at the Harrah's Reno Hotel, 219 North Center Street, Reno, Nevada. Telephone- 800- 423 1121 which is where Defendant will be staying. At this time there is no Probation Officer assigned to this case nor has a Pretrial Officer been assigned

   Counsel for Defendant represents that AUSA PETER AXELROD has authorized Counsel to prepare the below signature block indicating Mr. Axelrod's signature.

STIPULATION TO TRAVEL AND [PROPOSED] ORDER
-1-

1

2   Dated this   30th day of   November , 2007.

3                                           /s/ Peter Axelrod
                                            PETER AXELROD
4                                           Assistant United States Attorney

5   Dated this 30th day of   November, 2007.

6                                            /s/  Gilbert Eisenberg
                                             GILBERT EISENBERG,
7                                            Counsel for IMSANG LEE

8

9        IT IS SO ORDERED.

10       Dated this  03   day of   December, 2007.

11

12                                          _____
                                            CHARLES R. BREYER
13                                          U.S. District

14

15



16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION   TO TRAVEL AND [PROPOSED] ORDER
-2-