| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date:  **November 28, 2007**

NOV 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: **Sylvia Russo**

Case No: CR-07-0735-CRB                  DEFT:  **IMSANG LEE**
                                         (X)Present

AUSA:  Pete Axelrod                      DEF ATTY: Gil Eisenberg
Korean Interpreter:  Eun-Young Kim


**REASON FOR HEARING**  Change of Plea/Sentencing

**RESULT**  Defendant placed under oath, enters a plea of guilty to the sole count of the information.

The Court accepts the plea and the defendant is adjudged guilty.  All parties waived the preparation of the pre sentence report and the Court proceeds into sentencing.


Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**_____  **for**_____


**JUDGMENT** three (3) years probation under the standard and additional conditions set forthwith. Home confinement with electronic monitoring for six (6) months.  Assessment: $100.00; Fine: waived. Forfeiture: $409,380.
Self surrender on or before January 09, 2008.

Notes:_____