12/07/2007 05:05 PM EDT

Case Debt Type Payment Report
U.S. Courts

Version 7.0

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000735 | | US V LEE | | | | | | | |
| 001 | IMSANG LEE | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611012912 | 0 | PR | 100.00 | 11/28/2007 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

$ 100.00  SPECIAL ASSESSMENT
             PAID IN FULL    on 11-28-07

Page 1 of 1