1

2  GILBERT EISENBERG
   400 Montgomery Street, Second Floor
3  San Francisco, California  94104
   Facsimile: (415) 433-3476
4  Telephone: (4l5) 2968734

5  Attorney for Defendant

6

7

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,         )    No. CR 07-00735-001 CRB
                                      )
12          Plaintiff,                )    **[PROPOSED] ORDER AND**
                                      )    **STIPULATION AMENDING**
13      vs.                           )    **JUDGMENT**
    IMSANG LEE,                       )
14                                    )
                                      )
15          Defendant.                )
                                      )
16  _____

17

18         At the request of defendant, and with the agreement of the government, the Court

19  hereby amends the Judgment imposed in this case on November 28, 2007 as follows:

20         1. Defendant was charged by Information, filed on November 20, 2007, with  one

21  count of Alien Harboring (8 U.S.C. Sec. 1324(a)(1)(A)(iii). On November 28, 2007 defendant

22  pled guilty to the Information pursuant to a Rule 11(c)(1)(C) Plea Agreement.

23         2.  At the request of the parties the court imposed Judgment immediately after the

24  defendant entered her guilty plea.

25         3.   The court imposed Judgment consistent with the Plea Agreement and added

26  Special Conditions of Probation. (Judgment, Page 3.) Special Condition number 1 orders that

27  the defendant "shall participate in a program of testing and treatment for (drug)(alcohol)

28  abuse, as directed by the probation officer." The parties stipulate that this Special Condition

of Probation be deleted from the Judgment. The reason for this request is that there is nothing in the defendants background involving drug or alcohol abuse. Defendants assigned probation officer, Alton Dural, has advised that his office has no objection to the condition being removed. Specifically, the probation officer relates that there are no identifiable substance abuse issues which would warrant a recommendation that Defendant participate in treatment at this time.

DATED: February 1, 2008    \_\_\_/s/_____
GILBERT EISENBERG
Attorney for Defendant

DATED: February 1, 2008    \_\_\_/s/_____
PETER B. AXELROD
Assistant United States Attorney

GOOD CAUSE APPEARING:

It is ordered that the Judgment in this matter is amended to delete item 1 of the Special Conditions of Probation appearing at page 3.

DATED: February \_\_, 2008    _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION/ORDER
AMENDING JUDGMENT                    -2-