GILBERT EISENBERG
400 Montgomery Street, Second Floor
San Francisco, California 94104
Facsimile: (415) 433-3476
Telephone: (4l5) 2968734

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00735-001 CRB |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER AND** |
| vs. | ) **STIPULATION AMENDING** |
| IMSANG LEE, | ) **JUDGMENT** |
| Defendant. | ) |

At the request of defendant, and with the agreement of the government, the Court hereby amends the Judgment imposed in this case on November 28, 2007 as follows:

1. Defendant was charged by Information, filed on November 20, 2007, with one count of Alien Harboring (8 U.S.C. Sec. 1324(a)(1)(A)(iii). On November 28, 2007 defendant pled guilty to the Information pursuant to a Rule 11(c)(1)(C) Plea Agreement.

2. At the request of the parties the court imposed Judgment immediately after the defendant entered her guilty plea.

3. The court imposed Judgment consistent with the Plea Agreement and added Special Conditions of Probation. (Judgment, Page 3.) Special Condition number 1 orders that the defendant "shall participate in a program of testing and treatment for (drug)(alcohol) abuse, as directed by the probation officer." The parties stipulate that this Special Condition

1  of Probation be deleted from the Judgment. The reason for this request is that there is nothing
2  in the defendants background involving drug or alcohol abuse. Defendants assigned probation
3  officer, Alton Dural, has advised that his office has no objection to the condition being
4  removed. Specifically, the probation officer relates that there are no identifiable substance
5  abuse issues which would warrant a recommendation that Defendant participate in treatment
6  at this time.

8  DATED: February 1, 2008          /s/
                                    GILBERT EISENBERG
9                                   Attorney for Defendant

10
   DATED: February 1, 2008          /s/
11                                  PETER B. AXELROD
                                    Assistant United States Attorney
12

13     GOOD CAUSE APPEARING:
14
15 It is ordered that the Judgment in this matter is amended to delete item 1 of the Special
   Conditions of Probation appearing at page 3.
16

17 DATED: February __, 2008         _____
                                    CHARLES R. BREYER
18                                  UNITED STATES DISTRICT JUDGE

STIPULATION/ORDER
AMENDING JUDGMENT                                -2-